The Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN LEE ASNICAR,<br><br>Defendant. | No. CR15-266-TSZ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. One HTC cellular telephone, Serial No. FA442SF03306, in a grey, teal, pink Otterbox case;
2. One Emachine computer tower T5246, Serial No. XCC68120006194;
3. One Frontier router, MI424WR;
4. One Samsung Galaxy cellular phone SGH-i337, Serial No. R38F309QTKN in a grey and black case; and,
5. Any and all images of child pornography, in whatever format and however stored.

Final Order of Forfeiture - 1
*U.S. v. Asnicar,* CR15-266-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate because:

- In the plea agreement Defendant Brian Lee Asnicar ("the Defendant") entered on May 18, 2016, he forfeited his interest in the above-identified property pursuant to 18 U.S.C. § 2253 (providing for the forfeiture of property used or intended to be used to commit or promote the receipt, possession and distribution of child pornography and prohibited visual depictions of children engaged in sexually explicit conduct);

- On September 7, 2016, prior to the Defendant's sentencing, the Court entered a Preliminary Order of Forfeiture finding the above-identified property was forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's interest in it (Dkt. No. 36);

- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 58) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Jensen in Support of Motion for Entry of a Final Order of Forfeiture); and,

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;
2. The above-identified property is fully and finally condemned and forfeited, in its entirety, to the United States; and,
3. The United States Department of Homeland Security and/or its representatives, are authorized to dispose of the above-identified property as permitted by governing law.

Final Order of Forfeiture - 2
*U.S. v. Asnicar,* CR15-266-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED this 17th day of February, 2017.

*(signature)*
Thomas S. Zilly
United States District Judge

Presented by:

 /s/
MICHELLE JENSEN, WSBA #36611
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone: (206) 553-2242
E-mail:  Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
U.S. v. Asnicar, CR15-266-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970